The People of the State of New York, Respondent,
against
Israel Vasquez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Herbert J. Moses, J.), rendered February 8, 2017, convicting him, upon his plea of guilty, of resisting arrest in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Herbert J. Moses, J.), rendered February 8, 2017, affirmed.
Defendant claims that his guilty plea was not knowing, voluntary and intelligent because the court did not conduct an inquiry of his confused statements made during the plea proceeding. Significantly, however, the only relief defendant requests is dismissal of the accusatory instrument, and he expressly requests that this Court affirm his conviction if it does not grant a dismissal. Since we do not find that dismissal of the charges would be appropriate, we affirm on this basis (see People v Teron, 139 AD3d 450 [2016]). In any event, the record as a whole indicates that defendant entered a knowing, intelligent and voluntary guilty plea (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]), and his utterances, viewed in their entirety, did not engender significant doubt regarding the voluntariness of the plea (see People v Toxey, 86 NY2d 725, 726 [1995]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 27, 2018